IRENE SCHWARTZ ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF HAMDEN ET AL.
(No. 84422)

MELINDA DANIELS ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF HAMDEN ET AL.
(No. 84437)

The motion by the named defendant to dismiss
the appeal from the Court of Common Pleas in New
Haven County is denied.

*Peter C. Dorsey,* town attorney, for the named
defendant and the town of Hamden.

Argued June 4—decided June 4, 1974

IRENE SCHWARTZ ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF HAMDEN ET AL.
(No. 84584)

MELINDA DANIELS ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF HAMDEN ET AL.
(No. 84849)

MELINDA DANIELS ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF HAMDEN ET AL.
(No. 84637)

The motion by the named defendant to dismiss the
appeal from the Court of Common Pleas in New
Haven County is denied.

*Peter C. Dorsey,* town attorney, for the named
defendant and the town of Hamden.

Argued June 4—decided June 4, 1974